# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                      CASE NO: 1:20-CR-000033-DAD-BAM

**FELIPE ZACARIAS-MERCADO**

    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | ZACARIAS-Mercado, Felipe | |
| Detained at | Tulare County Jail – Bob Wiley Detention Facility | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 8 USC 1326(a) & (b)(2) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: [signature]
Printed Name & Phone No: Joseph Barton    559-497-4049
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 2/14/2020                 [signature]
                                                      Honorable Sheila K. Oberto
                                                      U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | ZACARIAS, Felipe Mercado; 08/23/1978 | ☒Male ☐Female | |
| Booking or CDC #: | 7700038193 (Jacket #) | DOB: | 08/26/1976 |
| Facility Address: | 36712 Rd 112, Visalia, CA 93291 | Race: | W/H |
| Facility Phone: | 559-735-1700 | FBI#: | 864123MB9 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____      _____
                                                      (signature)