**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, California 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant FELIPE ZACARIAS-MERCADO.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No.  1:20-CR-00033 |
| Plaintiff, ) | **MOTION TO FILE EXHIBIT A** |
| vs. ) | **MEDICAL RECORDS UNDER SEAL** |
| ) | **AND ORDER.** |
| FELIPE ZACARIAS-MERCADO, ) | |
| Defendant. ) | |

Counsel for Mr. Felipe Zacarias- Mercado requests to file Exhibit A, the medical records of Mr. Zacarias-Mercado while at Fresno County Jail, under seal.  The records contain personal information.

Dated:  October 16, 2020                              Respectfully submitted,


                                                                      /s/ Melissa Baloian
                                                                     Melissa Baloian

-1-

## ORDER

Having received and reviewed the request to seal Exhibit A to the Motion for Compassionate Release filed by the Defendant, the court finds good cause for the sealing of that exhibit and therefore GRANTS the request.

IT IS SO ORDERED.

Dated:   **October 16, 2020**                    _____
                                                    UNITED STATES DISTRICT JUDGE