PHILLIP A. TALBERT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>FELIPE ZACARIAS-MERCADO,<br><br>                    Defendant. | CASE NO.  1:20-CR-00033-ADA-BAM<br><br> ORDER SEALING DOCUMENTS AS SET<br>FORTH IN GOVERNMENT'S NOTICE |

        Pursuant to Local Rule 141(b), and based on the representations contained in the Government's

Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit 2 to Government's

Opposition to Defendant's Second Motion for Compassionate Release pertaining to defendant Felipe

Zacarias-Mercado, and the Government's Request to Seal shall be SEALED until further order of this

Court.

        It is further ordered that electronic access to the sealed documents shall be limited to the United

States and counsel for the defendant.

        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

*for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

the Government's Request, sealing the Governments's Request and Exhibit 2 serves a compelling

interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the

1

government would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Government's Request and Exhibit 2 that would adequately protect the compelling interests identified by the Government.


IT IS SO ORDERED.

    Dated:   January 31, 2023                                            

UNITED STATES DISTRICT JUDGE